# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jessica S.,

                Petitioner,

v.

Todd Lyons, in his capacity as Acting Director, Immigration and Customs Enforcement; Kristi Noem, Secretary, U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General, Executive Office for Immigration Review; Daren Margolin; and David Easterwood, Field Office Director of St. Paul Field Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement and Removal Operations,

                Respondents.

Case No. 26-CV-0101 (NEB/DTS)

**ORDER**

---

IT IS HEREBY ORDERED THAT:

1.    Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Jessica S. by no later than January 13, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.    Respondents' answer should include:

1

a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

b.    A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

c.    Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Andres R.E. v. Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov. 4, 2025).

3.    If Petitioner intends to file a reply to respondents' answer, she must do so by no later than January 15, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 9, 2026                                BY THE COURT:

                                                                    s/Nancy E. Brasel
                                                                    Nancy E. Brasel
                                                                    United States District Judge