# UNITED STATES DISTRICT COURT

## District of Minnesota

Jessica Jeneth Sillo Sanipatin

Petitioner(s),

v.

Todd Lyons, Kristi Noem, Pamela Bondi, David Easterwood, Executive Office for Immigration Review

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00101-NEB-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Jessica S.S.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows. The Court:

a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

b. ENJOINS Respondents moving Petitioner outside of Minnesota prior to her release;

c. ORDERS that Respondents **immediately release** Petitioner from custody in Minnesota subject to the conditions of her August 24, 2023 Order of Release on Recognizance; and

d. ORDERS that, within **two days**, Respondents confirm Petitioner's release by filing notice on the docket.

Date: 1/16/2026

KATE M. FOGARTY, CLERK